In the Matter of the Claim of CHARLES MCNALLY, Appellant, against THE DIAMOND MILLS PAPER COM-PANY et al., Respondents.

STATE INDUSTRIAL COMMISSION, Appellant.

Reported below, 178 App. Div. 342.

(Submitted December 3, 1917; decided December 11, 1917.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered October 8, 1917, reversing an award of the State Industrial Commission made under the Workmen's Compensation Law and directing a dismissal of the claim.

The motion was made upon the grounds that the decision of the Appellate Division was unanimous and that permission to appeal had not been obtained.

*Francis J. MacIntyre* for motion.

*Merton E. Lewis, Attorney-General (E. C. Aiken* of counsel), and *Frederic E. W. Darrow* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements.